UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case Nos.: | 2:24-CV-04274-SB-AS<br>2:24-CV-05489-SB-SK | Date: | May 9, 2025 |
|---|---|---|---|

| Title: | United States of America et al. v. Spaghetti Warehouse Restaurants Inc. et al.;<br>United States of America et al. v. Contract Services Administration Trust Fund |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David Harris<br>Ross McDougall Cuff | |

**Proceedings: (Minutes of)** Orders to Show Cause [15] [16] **(Held and completed)**

     The Court heard from the government and its former counsel, Ross Cuff, on its orders to show (OSC) re sanctions for the government's noncompliance with court orders. *United States of America v. Spaghetti Warehouse Restaurants Inc.*, No. 2:24-CV-04274-SB (C.D. Cal.), Dkt. No. 16; *United States of America v. Cont. Svcs. Admin. Tr. Fund*, No. 2:24-CV-05489-SB (C.D. Cal.), Dkt. No. 15. Because the Court is satisfied that the government understands the seriousness of its lapses and has taken steps to avoid any future recurrence, it discharges the OSCs without imposing sanctions. Nevertheless, the government and Mr. Cuff are admonished for their repeated failures to adhere to court orders. These inexcusable failures reflect poorly on Mr. Cuff and reveal institutional deficiencies. To his credit, the Chief of the Civil Division of the U.S. Attorney's Office acknowledged those deficiencies and appears to have responded quickly and appropriately to address them.

     0:20