UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. AIDAN FORSYTH,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRACT SERVICES ADMINISTRATION TRUST FUND,<br><br>    Defendant. | Case No. 2:24-cv-05489-SB-SK<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION AND SANCTIONS |

On April 22, 2025, the Court ordered Relator to file proof of service by June 9, 2025. Dkt. No. 22. That deadline has passed, and Relator has not done so.

Accordingly, Relator is ordered to show cause, in writing, by June 16, 2025, why this action should not be dismissed for lack of prosecution and/or why he and his counsel should not sanctioned under Rule 16(f) for violating a court order. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing of proof of service showing that Defendant was served by June 9, 2025 or a showing of good cause supporting a request to extend the service period. The filing of a proof of service shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Relator's claims.

Date: June 12, 2025

                                                    Stanley Blumenfeld, Jr.
                                                  United States District Judge