UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. AIDEN FORSYTH,<br><br>  Relator,<br><br>v.<br><br>CONTRACT SERVICES ADMINISTRATION TRUST FUND,<br><br>  Defendant. | Case No. 2:24-cv-05489-SB-SK<br><br>SECOND ORDER TO SHOW CAUSE |

Relator filed this action on June 28, 2024, raising claims under the False Claims Act. Dkt. No. 1. On April 22, 2025, after the United States declined to intervene in this action, the Court ordered Relator to promptly serve Defendant and file the proof of service no later than June 9, 2025. Dkt. No. 22. He failed to do so, prompting the Court to issue an order to show cause (OSC) why this action should not be dismissed for lack of prosecution and why he and his counsel should not be sanctioned. Dkt. No. 26. The Court ordered Relator to file a written response, an extension request, or proof of service by June 16, 2025, warning that "[f]ailure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Relator's claims." *Id.* That deadline has passed, and Relator has not responded. It appears that Relator is no longer interested in pursuing this action. By no later than July 11, 2025, Relator shall file a written response, an extension request, or proof of service. The repeated failure to respond to court orders shall be construed as an abandonment of this action and consent to dismiss without prejudice.

Date: June 24, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1